JUSTIN G. SCHMIDT, ESQ.
Nevada Bar No. 10982
**VAN LAW FIRM**
1290 S. Jones Boulevard
Las Vegas, NV 89146
(725) 900-9000 Telephone
(702) 800-4662 Facsimile
justinschmidt@vanlawfirm.com
*Attorney for Plaintiffs John Doan and Steve Le*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| JOHN DOAN and STEVE LE, as individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>CIVIL SERVICE EMPLOYEES INSURANCE COMPANY, a stock Corporation; DOE EMPLOYEES I-V; ROE CORPORATIONS I-V,<br><br>Defendants. | CASE NO. 2:24-00705<br><br><br>**STIPULATION, REQUEST AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT'S COUNTERCLAIM** |

Plaintiff/Counter-Defendant's JOHN DOAN and STEVE LE ("Plaintiffs"), by and through their counsel, JUSTIN G. SCHMIDT, ESQ. of VAN LAW FIRM and Defendant/Counter-Plaintiff CIVIL SERVICE EMPLOYEES INSURANCE COMPANY ("Defendants"), by and through its counsel PAMELA A. MCKAY, ESQ. of MCKAY LAW FIRM and hereby respectfully submit this Stipulation, Request and Order Extending Time to Answer or Otherwise Respond to Defendant's Counterclaim ("the Stipulation"). This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR II 7-1 of the Local Rules of this Court. This is the first request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint.

Plaintiffs were served Defendant's Answer and Counterclaim on April 12, 2024. The instant extension is requested as Plaintiff's Counsel requires additional time to prepare a responsive pleading to the Defendant's Counterclaim. Upon agreement by and between all the parties hereto as set forth herein[1], the undersigned respectfully requests this Court grant an extension of time, up to and including May 10, 2024, for Plaintiff's to file an Answer or otherwise respond to Defendant's Counterclaim. By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to Plaintiffs' Complaint.

Dated this <u>3rd</u> day of May, 2024.

**VAN LAW FIRM**

<u>/s/ Justin G. Schmidt_____</u>
JUSTIN G. SCHMIDT, ESQ.
(SBN 10982)
1290 S. Jones Boulevard
Las Vegas, NV 89146
*Attorney for Plaintiff*

**ORDER**
**IT IS SO ORDERED**

DATED this <u>7th</u> day of May, 2024.

_____
UNITED STATES MAGISTRATE JUDGE