**THE CAVANAGH LAW FIRM**
A Professional Association
1850 NORTH CENTRAL AVENUE
SUITE 1900
PHOENIX, ARIZONA 85004-4527
(602) 322-4000
www.cavanaghlaw.com

William M. Demlong, Esq. (SBN 7674)
wdemlong@cavanaghlaw.com
Tel: (602) 322-4000
Fax: (602) 322-4100

Pamela A. McKay, Esq. (SBN 7812)
pmckay@mckaylawfirmchtd.com
McKay Law Firm Chtd.
8440 West Lake Mead Blvd., Suite 112
Las Vegas, NV 89128
Tel: (702) 835-6956
Fax: (702) 835-6957

*Attorneys for Defendant Civil Service Employees Insurance Company*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEVADA

| | |
|---|---|
| John Doan and Steve Le, as individuals, <br><br>  Plaintiffs, <br><br> vs. <br><br> Civil Service Employees Insurance Company, a stock corporation; Doe Employees I-V; Rose Corporation 1-V, <br><br>  Defendants. | CASE NO. 2:24-00705-CDS-MDC <br><br> **JOINT STATUS REPORT PURSUANT TO [DOC. 4]** |

The parties, pursuant to this Court's Minute Order [Doc. 4], submit this Status Report.

**1. Status of the Action**

Plaintiffs commenced this action by filing a Complaint in the Eighth Judicial District Court of Clark County, Nevada on or about March 15, 2024. Defendant Civil Service Employees

Insurance ("CSE") was served with a copy of the Complaint through the CT Corporation System on March 22, 2024. CSE filed a Notice of Removal on April 11, 2024. [Doc. 1]. This Court issued a Minute Order dated April 15, 2024 [Doc. 4], which CSE served on Plaintiff's counsel. On April 19, 2024, CSE filed a Statement Regarding Removal pursuant to the Court's Minute Order [Doc. 4].

The parties have not taken any further action in this case.

2. **Action Required by the Court**

The parties request the Court set a Rule 16 Conference. The parties will confer within 21 days of the Rule 16 Conference set by the Court and will jointly submit a Joint Case Management Report within 14 days after their conferral pursuant to Rule 26(f).

RESPECTFULLY SUBMITTED this 9th day of May, 2024.

**THE CAVANAGH LAW FIRM, P.A.**

By: _____s/William M. Demlong_____
William M. Demlong
1850 North Central Avenue, Suite 1900
Phoenix, Arizona 85004

Pamela A. McKay
McKay Law Firm Chtd.
8440 West Lake Mead Blvd., Suite 112
Las Vegas, NV 89128
*Attorneys for Defendant CSE*

**VAN LAW FIRM**

By: ___s/Justin Schmidt  (with permission)
Justin Schmidt
1290 S. Jones Blvd.
Las Vegas, NV 89146
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

*Doan, et al. v. Civil Service Employees Insurance Company, et al.*
*2:24-cv-00705*
*United States District Court Southern District of Nevada*

I hereby certify that the foregoing document was filed through the court's CM/ECF system which will generate and send an NEF and hyperlink to the document to all registered users in this case.

By: s/William M. Demlong
William M. Demlong, Esq.

**It is so ordered.** The parties' request for Rule 16 Conference is DENIED per LR 16-2. The Court may consider a Rule 16 conference only after the parties have met, conferred and submitted discovery plan and scheduling order required by LR 26-1, which includes a statement articulating why the parties believe a Rule 16 Conference is necessary. The parties must file future requests as either a stipulation or a motion, not as a status report.

**It is so ordered.**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 6/18/24