**THE CAVANAGH LAW FIRM**
A Professional Association
1850 NORTH CENTRAL AVENUE
SUITE 1900
PHOENIX, ARIZONA 85004-4527
(602) 322-4000
www.cavanaghlaw.com

William M. Demlong, Esq. (SBN 7674)
wdemlong@cavanaghlaw.com
Tel: (602) 322-4000
Fax: (602) 322-4100

Pamela A. McKay, Esq. (SBN 7812)
pmckay@mckaylawfirmchtd.com
McKay Law Firm Chtd.
8440 West Lake Mead Blvd., Suite 112
Las Vegas, NV 89128
Tel: (702) 835-6956
Fax: (702) 835-6957

*Attorneys for Defendant Civil Service Employees Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| John Doan and Steve Le, as individuals, <br><br> Plaintiffs <br><br> v. <br><br> Civil Service Employees Insurance Company, a stock corporation; Doe Employees I-V; Rose Corporation 1-V, <br><br> Defendant | CASE NO. 2:24-00705-CDS-MDC <br><br> **STIPULATION TO DISMISS SUIT WITH PREJUDICE** |

    The parties, by and through their undersigned counsel, hereby stipulate to dismiss the above-captioned suit with prejudice, each party to bear their respective attorneys' fees and costs.

/ / /

/ / /

IT IS SO STIPULATED this 3rd day of September, 2025.

**THE CAVANAGH LAW FIRM, P.A.**

By: _____s/William M. Demlong_____
William M. Demlong
1850 North Central Avenue, Suite 1900
Phoenix, Arizona 85004

Pamela A. McKay
McKay Law Firm Chtd.
8440 West Lake Mead Blvd., Suite 112
Las Vegas, NV 89128

*Attorneys for Defendant Civil Service Employees Insurance Company*

**VAN LAW FIRM**

By: _____s/Justin G. Schmidt_____
Justin G. Schmidt
1290 S Jones Blvd.
Las Vegas, NV 89146

*Attorneys for Plaintiffs*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
United States District Judge

Dated: September 10, 2025